E-FILED
Wednesday, 01 December, 2004 02:13:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 94-3142 |
| GERALD PETTY, ) | |
| d/b/a TRI-R-DISPOSAL, and ) | |
| LEO CAREY and GRACE CAREY, ) | |
| n/k/a GRACE CHRISTOPHER, ) | |
| individually and d/b/a CAREY'S ) | |
| DISPOSAL SERVICE, ) | |
| Defendants. ) | |

### CERTIFICATE OF COMPLIANCE

NOW COMES Defendant, GRACE CHRISTOPHER, individually and d/b/a CAREY'S DISPOSAL SERVICE, by and through her attorneys, Beavers, Graham & Fines, and certifies that she and Carey's Disposal Service have complied with the provisions of Sections V and VI of the final judgment entered on October 12, 1994. This Certification is filed pursuant to the Certification Requirement found at VII(B), and it constitutes the final Certification required by said final judgment.

Respectfully submitted,

Defendant, GRACE CHRISTOPHER, individually
and d/b/a CAREY'S DISPOSAL SERVICE,

*Grace Christopher*
GRACE CHRISTOPHER

Subscribed and sworn to before me, a Notary Public, this 23rd day of November, 2004.

*Vicki Collins*
Notary Public

David R. Fines
Reg. No.: 06196440
BEAVERS, GRAHAM & FINES
Attorneys at law
221 West Main Cross - P.O. Box 320
Taylorville, Illinois 62568
Phone: (217) 824-3341 / Fax: (217) 824-3842

OFFICIAL SEAL
VICKI COLLINS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-1-2005

# CERTIFICATE OF SERVICE

      Now comes DAVID R. FINES of the law firm of BEAVERS, GRAHAM & FINES of Taylorville, Illinois, and hereby certifies that he caused to be served upon the following named person, a copy of the **CERTIFICATION OF COMPLIANCE,** which this certificate of service is attached, said service being made by depositing a copy of the same in the United States Post Office Box in an envelope plainly addressed to him with postage prepaid, this _____ **day of November, 2004.**

TO:    Eric C. Hoffmann, Attorney
           Department of Justice, Antitrust Division
           Midwest Field Office
           Rookery Building
           209 South LaSalle Street
           Suite #600
           Chicago, Illinois 60604-1204

BEAVERS, GRAHAM & FINES

By: _/s/ David R. Fines_
DAVID R. FINES

BEAVERS, GRAHAM & FINES
Attorneys at Law
221 West Main Cross - P.O. Box 320
Taylorville, IL 62568
(217) 824-3341